AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Willett, Don R. | U.S. Court of Appeals for the Fifth Circuit | 07/25/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (active) | ☐ Nomination  Date <br> ☐ Initial  ✔ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

903 San Jacinto Blvd.
Austin, Texas 78701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | American Law Institute |
| 2. Life Fellow | American Bar Foundation |
| 3. Life Fellow | Texas Bar Foundation |
| 4. Life Fellow | Austin Bar Foundation |
| 5. Fellow | Texas Supreme Court Historical Society |
| 6. Editorial Board | Judicature—The Scholarly Journal for Judges |
| 7. National Advisory Board | ConSource—The Constitutional Sources Project |
| 8. Advisory Council | Honors College, Baylor University |
| 9. Advisory Board | Harlan Institute |
| 10. Board of Advisors | Texas Review of Law & Politics |
| 11. Board of Advisors | Federalist Society for Law and Public Policy Studies (Austin Lawyers Chapter) |
| 12. Member | Federalist Society for Law and Public Policy Studies |
| 13. Advisory Council | Texas Lyceum |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Don R. | 07/25/2020 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | State of Texas Employee Retirement System (defined benefit pension plan) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Don R. | 07/25/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | Judicial Retirement Systems of Texas | $61,117.56 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society (Boston College & Suffolk Law Schools) | January 24-25, 2019 | Boston, MA | Speech | Transportation, meals, lodging |
| 2. | Duke University School of Law | January 31-February 2, 2019 | Durham, NC | Speech/Luncheon | Transportation, meals, lodging |
| 3. | Federalist Society (Duke Law Student Chapter) | February 21, 2019 | Durham, NC | Speech | Transportation |
| 4. | George Mason University, Scalia Law School | April 25-26, 2019 | Arlington, VA | Inaugural Scalia Forum | Transportation, meals, lodging |
| 5. | Federalist Society | May 27-June 1, 2019 | Phoenix, AZ | Speech | Transportation, meals, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Willett, Don R.** | 07/25/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | George Mason University, Scalia Law School | June 23-30, 2019 | Beaver Creek, Colorado | Speech | Transportation, meals, lodging |
| 7. | Federalist Society (Milwaukee Lawyers Chapter) | September 10-11, 2019 | Milwaukee, WI | Randa Lecture | Transportation, meals, lodging |
| 8. | SMU, Dedman School of Law | October 17, 2019 | Dallas TX | Goldberg Lecture | Transportation, meals |
| 9. | Federalist Society (Columbia Law School Student Chapter ) | October 31-November 1, 2019 | New York, NY | Speech | Transportation, meals, lodging |
| 10. | Federalist Society (Phoenix Lawyers Chapter) | December 12, 2019 | Phoenix, AZ | Speech | Transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Don R. | 07/25/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willett, Don R.** | 07/25/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Chase (cash) | A | Interest | K | T | | | | | |
| 3. Rental Property, Travis County, Texas | E | Rent | N | W | | | | | |
| 4. When Angels Sing Productions, LP | | None | J | W | | | | | |
| 5. Brokerage Account #1 (H) | | | | | | | | | |
| 6. E*TRADE Financial Corp. (ETFC) | A | Dividend | J | T | | | | | |
| 7. Brokerage Account #2 (H) | | | | | | | | | |
| 8. JPMorgan TR II Liquid Assets Money Market (QWERQ) (cash eq.) | B | Dividend | L | T | Sold (part) | 03/04/19 | M | | |
| 9. | | | | | Sold (part) | 07/12/19 | K | | |
| 10. | | | | | Sold (part) | 12/20/19 | J | | |
| 11. Coverdell ESA #1 (H) | | | | | | | | | |
| 12. Citigroup Inc. (C) | A | Dividend | J | T | | | | | |
| 13. Vanguard High Div Yield (VYM) | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 14. Gamco Global Growth Fund Class AAA (GICPX) | A | Dividend | J | T | | | | | |
| 15. Akre Focus Fund Retail Class (AKREX) | A | Dividend | J | T | | | | | |
| 16. Vanguard Real Estate Index Admiral (VGSLX) | A | Dividend | J | T | Buy | 07/29/19 | J | | |
| 17. Vanguard REIT Index Fund Investor Shares (VGSIX) | A | Dividend | | | Sold | 07/29/19 | J | | |

1 Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Willett, Don R.** | 07/25/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Vangaurd Emerging Markets Admiral (VEMAX) | A | Dividend | J | T | Buy | 07/29/19 | J | | |
| 19. | Vanguard Emerging Markets Stock Index Fund Investor Shares (VEIEX) | A | Dividend | | | Sold | 07/29/19 | J | | |
| 20. | Vanguard Total Stock Market Admiral (VTSAX) | A | Dividend | K | T | Buy | 07/29/19 | K | | |
| 21. | Vanguard Total Stock Market Index Fund Investor Shares (VTSMX) | A | Dividend | | | Sold | 07/29/19 | K | | |
| 22. | Coverdell ESA #2 (H) | | | | | | | | | |
| 23. | Citigroup Inc. (C) | A | Dividend | J | T | | | | | |
| 24. | Vanguard High Dividend Yield (VYM) | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 25. | Wal-Mart Stores Inc. (WMT) | A | Dividend | J | T | | | | | |
| 26. | Gamco Global Growth Fund Class AAA (GICPX) | A | Dividend | J | T | | | | | |
| 27. | Akre Focus Fund Retail Class (AKREX) | A | Dividend | J | T | | | | | |
| 28. | Vanguard Total Stock Market Admiral (VTSAX) | A | Dividend | K | T | Buy | 07/29/19 | K | | |
| 29. | Vanguard Total Stock Market Index Fund Investor Shares (VTSMX) | A | Dividend | | | Sold | 07/29/19 | K | | |
| 30. | Voya Russia Fund Class A (LETRX) | A | Dividend | J | T | | | | | |
| 31. | Coverdell ESA #3 (H) | | | | | | | | | |
| 32. | Vanguard High Dividend Yield (VYM) | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 33. | Buffalo Small Cap Fund (BUFSX) | A | Dividend | J | T | | | | | |
| 34. | Akre Focus Fund Retail Class (AKREX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willett, Don R.** | 07/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Vanguard Total Stock Market Admiral (VTSAX) | A | Dividend | K | T | Buy | 07/29/19 | K | | |
| 36. Vanguard Total Stock Market Index Fund (VTSMX) | A | Dividend | | | Sold | 07/29/19 | K | | |
| 37. Roth IRA #1 (H) | | | | | | | | | |
| 38. GAMCO Global Growth Fund Class AAA (GICPX) | B | Dividend | K | T | | | | | |
| 39. Lazard U.S. Realty Income Portfolio Open Shares (LRIOX) | A | Dividend | J | T | | | | | |
| 40. Vanguard Real Estate Index Admiral (VGSLX) | A | Dividend | J | T | Buy | 07/29/19 | J | | |
| 41. Vanguard REIT Index Fund Investor Shares (VGSIX) | A | Dividend | | | Sold | 07/29/19 | J | | |
| 42. Vanguard Total Stock Market Admiral (VTSAX) | A | Dividend | L | T | Buy | 07/29/19 | L | | |
| 43. Vanguard Total Stock Market Index Fund Investor Shares (VTSMX) | A | Dividend | | | Sold | 07/27/19 | L | | |
| 44. Voya Russia Fund Class A (LETRX) | A | Dividend | J | T | | | | | |
| 45. Roth IRA #2 (H) | | | | | | | | | |
| 46. GAMCO Global Growth Fund Class AAA (GICPX) | B | Dividend | K | T | | | | | |
| 47. Lazard U.S. Realty Income Portfolio Open Shares (LREOX) | A | Dividend | J | T | | | | | |
| 48. Vanguard Real Estate Index Admiral (VGSLX) | A | Dividend | J | T | Buy | 07/29/19 | J | | |
| 49. Vanguard REIT Index Fund Investor Shares (VGSIX) | A | Dividend | | | Sold | 07/29/19 | J | | |
| 50. Vangaurd Total Stock Market Admiral (VTSAX) | A | Dividend | L | T | Buy | 07/29/19 | L | | |
| 51. Vanguard Total Stock Market Index Fund Investor Shares (VTSMX) | A | Dividend | | | Sold | 07/29/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willett, Don R.** | 07/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Voya Russia Fund Class A (LETRX) | A | Dividend | J | T | | | | | |
| 53. Texa$aver 401(k) Plan (H) | | | | | | | | | |
| 54. Fidelity Diversified International Fund (FDIVX) | A | Dividend | L | T | | | | | |
| 55. Lord Abbett Small Cap Value Fund I (LRSYX) | C | Dividend | K | T | | | | | |
| 56. Victory Munder Mid-Cap Core Growth Fund (MGOYX) | D | Dividend | K | T | | | | | |
| 57. Vanguard Institutional Index Fund Institutional Plus Shares (VIIIX) | B | Dividend | K | T | | | | | |
| 58. Vanguard Wellington Admiral (VWENX) | C | Dividend | L | T | | | | | |
| 59. BlackRock Bond Index Fund (BMOIX) | | None | K | T | | | | | |
| 60. Texa$aver 457 Plan (H) | | | | | | | | | |
| 61. Fidelity Diversified International Fund (FDIVX) | B | Dividend | M | T | | | | | |
| 62. Lord Abbett Small Cap Value Fund I (LRSYX) | D | Dividend | K | T | | | | | |
| 63. Victory Munder Mid-Cap Core Growth Fund (MGOYX) | E | Dividend | L | T | | | | | |
| 64. Vanguard Institutional Index Fund Institutional Plus Shares (VIIIX) | B | Dividend | L | T | | | | | |
| 65. Vanguard Wellington Admiral (VWENX) | D | Dividend | M | T | | | | | |
| 66. BlackRock Bond Index Fund (BMOIX) | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Don R. Willett**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544